**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

JAMES E. OTIS                                                                                          PETITIONER

vs.                                                                          CIVIL ACTION NO. 3:05-cv-77 WS

CHRISTOPHER EPPS, ET AL.                                                                   RESPONDENTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that respondents' motion to dismiss is granted and the above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 24th day of March, 2006.**

                                                               **s/ HENRY T. WINGATE**

                                                               **CHIEF UNITED STATES DISTRICT JUDGE**